B18W (Form 18W)(08/07)

# United States Bankruptcy Court

Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 10−30104−KRH
**Chapter** 13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Lauren R May
fka Lauren R Head
4312 Rose Glen Place
Midlothian, VA 23112−4760

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):
    Debtor: xxx−xx−4726

Employer Tax−Identification (EIN) No(s).(if any):
    Debtor: NA

# DISCHARGE OF DEBTOR AFTER COMPLETION
# OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Lauren R May is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: June 23, 2015                                                William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                               United States Bankruptcy Court
                                 Eastern District of Virginia
In re:                                                                                  Case No. 10-30104-KRH
Lauren R May                                                                            Chapter 13
           Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0422-7          User: luedecket              Page 1 of 2                  Date Rcvd: Jun 23, 2015
                              Form ID: B18W                Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 25, 2015.
db             Lauren R May,    4312 Rose Glen Place,    Midlothian, VA 23112-4760
cr             Bank Of America,   Bank of America Retail Payment Services,    P.O. Box 660933,
                Dallas, TX 75266-0933
9411497       +Ashley Furniture Homestore,    6312 West Broad Street,    Richmond, VA 23230-2010
9719797       +Bank of America,   Retail Payment Services,    P.O. Box 660933,    Dallas, TX 75266-0933
12412476      #+Bank of America, NA,    Mail Stop CA6-919-01-23,   400 National Way,
                Simi Valley, CA 93065-6414
9411498        Bon Secours Rich Health Cen,    P.O. Box 404893,   Atlanta, GA 30384-4893
9807610        Bon Secours St. Mary’s Hospital,    c/o Greer P. Jackson, Jr., Esq.,
                Spinella, Owings & Shaia, P.C.,    8550 Mayland Drive,    Richmond, VA 23294-4704
9411501       +Countrywide Home Lending,    Bankruptcy Department,   P.O. Box 5170,
                Simi Valley, CA 93062-5170
12134712      +Deutsche Bank National Trust Co.,    c/oBAC Home Loans,Countrywide Home Loans,
                7105 Corporate Drive,    Plano TX 75024-4100
9411502       +Diversified Svs Group,    5800 E Thomas Rd Ste 107,    Scottsdale, AZ 85251-7510
9567814        ECMC,   P.O. Box 16408,    St. Paul, MN 55116-0408
9411504       +Gold’s Gym,   125 E. John Carpenter Freeway,    Suite 1300,    Irving, TX 75062-2366
9425469        HSBC Auto Finance,    P.O. Box 829009,   Dallas, TX 75382-9009
9411508       +Patricia Head,    7211 Stoneman Road,   Henrico, VA 23228-2646
9411510        Samuel I White, PC,    5040 Corporate Woods Drive,    Suite 120,    Virginia Beach, VA 23462-4377
9411512       +United Consumers,    14205 Telegragh Rd,   Woodbridge, VA 22192-4615

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +EDI: ECMC.COM Jun 24 2015 02:08:00     ECMC,   P O Box 75906,   St. Paul, MN 55175-0906
cr            +E-mail/Text: bknotice@ncmllc.com Jun 24 2015 02:21:44     National Capital Management, LLC,
                8245 Tournament Drive,    Ste. 230,   Memphis, TN 38125-1741
9411499        EDI: CITICORP.COM Jun 24 2015 02:08:00     Citibank USA,   Centralized Bankruptcy,
                P.O. Box 20507,   Kansas City, MO 64195-0000
9411500        E-mail/Text: bkr@taxva.com Jun 24 2015 02:22:21     Commonwealth of Virginia,
                Department of Taxation,    P.O. Box 2156,   Richmond, VA 23218-2156
9411503       +E-mail/Text: bknotice@erccollections.com Jun 24 2015 02:21:38     Enhanced Recovery Corp,
                8014 Bayberry Rd,   Jacksonville, FL 32256-7412
9411505        EDI: RMSC.COM Jun 24 2015 02:08:00     Green Tree Servicing L,   332 Minnesota St Ste 610,
                Saint Paul, MN 55101-0000
9411506        E-mail/Text: bankruptcy.bnc@gt-cs.com Jun 24 2015 02:21:15     Green Tree Servicing, LLC,
                P.O. Box 6172,   Rapid City, SD 57709-6172
9472650       +EDI: RMSC.COM Jun 24 2015 02:08:00     GreenTree Servicing LLC,   7360 S Kyrene Rd,
                Recovery Dept T-120,    Tempe, AZ 85283-4583
9411507       +EDI: HFC.COM Jun 24 2015 02:08:00     HSBC Auto Finance,   Bankruptcy Notices,   P.O. Box 17909,
                San Diego, CA 92177-7909
9411496        EDI: IRS.COM Jun 24 2015 02:08:00     Internal Revenue Service,   P.O. Box 21126,
                Philadelphia, PA 19114-0000
10454057      +E-mail/Text: bknotice@ncmllc.com Jun 24 2015 02:21:44     National Capital Management, LLC.,
                8245 Tournament Drive,   Suite 230,   Memphis, TN 38125-1741,   USA
11650941      +EDI: PRA.COM Jun 24 2015 02:08:00     Portfolio Recovery Assocs., LLC,   POB 41067,
                Norfolk, VA 23541-1067
9411509       +E-mail/Text: bankruptcy@progfinance.com Jun 24 2015 02:21:41     Progressive Finance,
                11629 South 700 East,   Suite 250,   Draper, UT 84020-8399
9411495        E-mail/Text: ustpregion04.rh.ecf@usdoj.gov Jun 24 2015 02:21:28     Robert B. Van Arsdale,
                Assistant U.S. Trustee,   701 E. Broad Street, Suite 4304,   Richmond, VA 23219-1885
9411511        EDI: NEXTEL.COM Jun 24 2015 02:08:00     Sprint Nextel,   Attn: Bankruptcy Department,
                P.O. Box 7949,   Overland Park, KS 66207-0949
9461150        EDI: NEXTEL.COM Jun 24 2015 02:08:00     Sprint Nextel Correspondence,   Attn Bankruptcy Dept,
                PO Box 7949,   Overland Park KS 66207-0949
9461151        EDI: NEXTEL.COM Jun 24 2015 02:08:00     Sprint Nextel Distribution,   Attn Bankruptcy Dept,
                PO Box 3326,   Englewood CO 80155-3326
9411494        E-mail/Text: bkr@taxva.com Jun 24 2015 02:22:21     Commonwealth of Virginia,
                Director of Finance,    P.O. Box 760,   Richmond, VA 23218-0760
9411513       +EDI: WFFC.COM Jun 24 2015 02:08:00     Wells Fargo,   Attn: Collection Servicing,
                MAC X2505-016, 1 Home Campus,    Des Moines, IA 50328-0001
9443511       +EDI: WFFC.COM Jun 24 2015 02:08:00     Wells Fargo Education Financial Services,
                301 E. 58th St. N.,   Sioux Falls, SD 57104-0422
                                                                                               TOTAL: 20

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             American Home Mortgage Corp.
cr             BAC HOME LOANS SERVICING, L.P. fka COUNTRYWIDE H
cr             Bank of America, N.A.
cr             Deutsche Bank National Trust Company, as Trustee u
```

```
District/off: 0422-7          User: luedecket              Page 2 of 2              Date Rcvd: Jun 23, 2015
                              Form ID: B18W               Total Noticed: 36

cr*              HSBC Auto Finance,    PO Box 829009,    Dallas, TX  75382-9009
cr*             +Portfolio Recovery Assocs., LLC,    POB 41067,    NORFOLK, VA 23541-1067
                                                                              TOTALS: 4, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2015 at the address(es) listed below:

```
              Dean R. Prober    on behalf of Creditor   Bank Of America Cmartin@pralc.com
              Hilary B. Bonial    on behalf of Creditor   HSBC Auto Finance notice@bkcylaw.com
              Jason Meyer Krumbein    on behalf of Debtor Lauren R May jkrumbein@krumbeinlaw.com,
               a30156@yahoo.com;tcarper@krumbeinlaw.com;plutzky@krumbeinlaw.com
              Melissa M. Watson Goode    on behalf of Creditor   Deutsche Bank National Trust Company, as
               Trustee under Pooling and Servicing Agreement Relating to IMPAC Secured Assets Corp., Mortgage
               Pass-Through Certificates, Series 2006-4 pjmecf@glasserlaw.com,  mgoode@glasserlaw.com
              Mitchell Goldstein    on behalf of Plaintiff Lauren R May mitch@mitchellpgoldstein.com,
               goldsteinatlaw@gmail.com
              Mitchell Goldstein    on behalf of Plaintiff William "Bryan" May mitch@mitchellpgoldstein.com,
               goldsteinatlaw@gmail.com
              Robert E. Hyman    on behalf of Trustee Robert E. Hyman station08@ricva.net,  ecfsummary@ricva.net
              Suzanne E. Wade    station08@ricva.net,  ecfsummary@ricva.net
                                                                              TOTAL: 8
```